No. 88–6204. BRANION *v.* GRAMLY, WARDEN. C. A. 7th Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 88–309. WYOMING *v.* UNITED STATES ET AL. Sup. Ct. Wyo. Certiorari granted limited to Question 2 presented by the petition.

No. 87–7205. BERRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7209. ROB J. *v.* GRANT ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 88–157. NATIONWIDE MUTUAL INSURANCE CO. *v.* CLAY. Sup. Ct. Ala. Certiorari denied.

No. 88–232. GROSSMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–519. HO FAT SETO, DBA HO FAT OF CALIFORNIA *v.* MCLAUGHLIN, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 88–567. MONACO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–629. G & W LABORATORIES, INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.